```
FILED
01/13/2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | Case No. Cr.S-08-441 JAM |
| Plaintiff,     ) | |
| v.                                              ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| ROBERT JOE DIXON, JR.,       ) | |
| ) | |
| Defendant.      ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Robert Joe Dixon, Jr. , Case No. Cr.S-08-441 JAM, Charge - Failure to Participate in a Substance abuse treatment program , from custody,  for the following reasons:

        X      Release on Personal Recognizance.

        X      Under supervised release conditions.

Issued at   Sacramento, CA   on January 14, 2009 at 10:45 a.m.

        By   /s/ John A. Mendez
              John A. Mendez
              United States District Judge