PROB12A1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Robert Joe DIXON, Jr. |
| **Docket Number:** | 2:08CR00441-01 |
| **Offender Address:** | Sacramento, California |
| **Judicial Officer:** | Honorable John A. Mendez<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 04/06/2000 |
| **Original Offense:** | 18 USC 1791(a)(2) - Possession of Contraband in Prison (CLASS D FELONY) |
| **Original Sentence:** | 6 months Bureau of Prisons consecutive to undischarged term of imprisonment in ND/CA Case No. 94CR40016-SBA; 3 years supervised release; $100 special assessment. |
| **Special Conditions:** | Substance abuse testing and treatment; Search. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 11/09/2007 |
| **Assistant U.S. Attorney:** | Jason Hitt              **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Mary M. French          **Telephone:** (916) 498-5700<br>Assistant Federal Defender |

**Other Court Action:**

__09/19/2008__:            Jurisdiction ordered accepted from the District of Oregon to the Eastern District of California.

__02/10/2009__:            Found in violation for failure to participate in substance abuse treatment program.   Continued on supervision with modification of conditions to add 60 days home detention and completion of the Intermediate Sanction Group.

RE:    **Robert Joe DIXON, Jr.**
       **Docket Number:   2:08CR00441-01**
       **REPORT OF OFFENDER NON-COMPLIANCE**

---

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision. The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.      ILLICIT DRUG USE (5/18/2009 - COCAINE)**

**Details of alleged non-compliance:**   On May 18, 2009, the offender submitted a urine specimen that subsequently tested positive for cocaine.  When later confronted with the test results, he acknowledged having "been around" cocaine.  He was asked to consider the possibility he was addicted and might need more comprehensive treatment.

During the ensuing weeks, on his own initiative, the offender contacted representatives of several residential treatment programs.  He was found suitable for placement at The Effort's Alternative House 90-day residential program.  He entered the facility, as instructed, on June 19, 2009.

**United States Probation Officer Plan/Justification:**  It is recommended that the Court permit the offender the opportunity to demonstrate his sincerity in addressing the underlying causes of his drug addiction.  Completion of the 90-day residential program would provide him with some tools for avoiding relapse in the future.  While he has struggled with drug use despite outpatient intervention, he has continued to maintain open communication with the probation officer and has not fled to avoid the consequences of his misconduct.

Mr. Dixon spent more than 15 years in actual federal prison custody before his release to supervision in November 2007.  He recently spent another two months in custody during the adjudication of a violation petition on charges stemming from his failure to complete drug treatment.  This residential placement now is viewed as a last ditch effort to provide him with the tools and insight needed to remain in the community.  The offender is very articulate, personable, and has demonstrated some

RE:    **Robert Joe DIXON, Jr.**
       **Docket Number:   2:08CR00441-01**
       **REPORT OF OFFENDER NON-COMPLIANCE**


pro-social attitudes that could be harnessed for the good of his family and the community if he can avoid further drug relapse.


The Court will be notified of any further violation conduct, including failure to complete the program and will initiate formal violation proceedings at that time, unless further directed by the Court.


Respectfully submitted,

/s/   John A. Poglinco

**JOHN A. POGLINCO**
**Senior United States Probation Officer**
Telephone:  (916) 930-4303

**DATED:**       June 22, 2009
                Sacramento, California
                JAP:jz


**REVIEWED BY:**      /s/   Kyriacos M. Simonidis
                     **KYRIACOS M. SIMONIDIS**
                     **Supervising United States Probation Officer**

Rev. 05/2008
VIOLATION__RPT NON-COMPLIANCE
& ORDER (PROB12A1).MRG

RE:   **Robert Joe DIXON, Jr.**
      **Docket Number:   2:08CR00441-01**
      **REPORT OF OFFENDER NON-COMPLIANCE**

---

**THE COURT ORDERS:**

( X )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.


(   )   Submit a Request for Modifying the Conditions or Term of Supervision.


(   )   Submit a Request for Warrant or Summons.


(   )   Other:


    **06/25/2009**                                        **/s/ John A. Mendez**
**Date**                                                  **Signature of Judicial Officer**


cc:   United States Probation
      Jason Hitt, Assistant United States Attorney
      Mary M. French, Assistant Federal Defender

Rev. 05/2008
VIOLATION__RPT NON-COMPLIANCE
& ORDER (PROB12A1).MRG